# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TIMOTHY SANDERS, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　Plaintiff, )<br>vs. )<br>　　　　　　　　　　　　　　　　 )<br>MS. MINGO, et al., )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　Defendant )<br>_____ ) | 2:11-CV-01398-PMP-GWF<br><br>**ORDER** |

On September 6, 2012, the Honorable George W. Foley, Jr., United States Magistrate Judge, entered an Order and Report and Recommendation (Doc. #11) directing that Plaintiff's Application to Proceed In Forma Pauperis (Doc. #9) be denied as moot, and further recommending that Plaintiff's Complaint be dismissed. No objections have been filed to Magistrate Judge Foley's Order or Report and Recommendation, and after *de novo* review of the matter, the Court finds that both the Order and Recommendation should be affirmed.

**IT IS THEREFORE ORDERED** that the Order and Report and Recommendation entered by Magistrate Judge Foley, Jr. (Doc. #11) is **AFFIRMED**.

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed In Forma Pauperis (Doc. #9) is **DENIED**.

**IT IF FURTHER ORDERED** that Plaintiff's Complaint (Doc. #8) is hereby dismissed with prejudice. The Clerk of Court shall proceed to close this case.

DATED: September 30, 2012.

_____
PHILIP M. PRO
United States District Judge